CHARLES MCGLOSSON 49686-044

Date 3-20-23

2:23-cv-00138-JPH-MKK

**FILED**
03/22/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Motion 2241

I am here-by informing this honorable court about my "first step time credit" toward my release. According to my sentence monitoring computation sheet, i was giving only 180 days of my good time credit towards my release.

But, i gain up to 355 days of good time credit according to my sentence computation sheet. I was wondering with the motion 2241 female is there any way that my remaining good time credit i have could be applied towards my release as well. I was told by my case worker that when this "First Step Act" started and was applied to inmates release that each month their release date will change each month. I have yet not seen this doing toward my release. Please get with me at your next earliest time and let me no if your honorable court could assist me with this matter.

Thank You.

Charles McGlosson 49686-044