UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CHARLES MCGLOSSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 2:23-cv-00138-JPH-MKK |
| | ) |
| WARDEN, | ) |
| | ) |
| Respondent. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. Charles McGlosson's petition for writ of habeas corpus is denied.

Date: 3/13/2024

Roger A.G. Sharpe, Clerk
BY: _Carina Weed_
Deputy Clerk, U.S. District Court

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

CHARLES MCGLOSSON
49686044
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

All electronically registered counsel